34 A.3d 1247

IN THE MATTER OF DUNCAN G. CAMERON, AN ATTORNEY AT LAW (ATTORNEY NO. 044561991).

February 1, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–221, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **DUNCAN G. CAMERON,** formerly of **PARAMUS,** who was admitted to the bar of this State in 1991, and who has been temporarily suspended from the practice of law since April 6, 2011, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of client funds), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles in *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **DUNCAN G. CAMERON** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **DUNCAN G. CAMERON** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **DUNCAN G. CAMERON** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.